[No. 9065–8–I. Division One. March 15, 1982.]

THE STATE OF WASHINGTON, *Respondent,* v. MITCHELL
LAFAY WASHINGTON, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 80–1–00387–5, H. Joseph Coleman, J., entered June 13, 1980. *Affirmed* by unpublished opinion per James, J., concurred in by Durham, A.C.J., and Ringold, J.

[No. 9824–1–I. Division One. March 15, 1982.]

THE CITY OF RENTON, *Respondent,* v. LINDA C.
AUSTIN, ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for King County, No. 80–1–04528–4, T. Patrick Corbett, J., entered December 22, 1980. *Affirmed* by unpublished opinion per Callow, J., concurred in by Swanson and Ringold, JJ.

[No. 9431–9–I. Division One. March 15, 1982.]

THE STATE OF WASHINGTON, *Respondent,* v. JOHN
LUKE FROST, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 80–1–01926–7, James A. Noe, J., entered October 16, 1980. *Affirmed* by unpublished opinion per Ringold, J., concurred in by James and Williams, JJ.

[No. 8892–1–I. Division One. March 15, 1982.]

TRANSAMERICA INSURANCE COMPANY, *Appellant,* v. THE
PORT OF EDMONDS, *Respondent.*

Appeal from a judgment of the Superior Court for Snohomish County, No. 79–2–03911–8, Dennis J. Britt, J., entered May 22, 1980. *Reversed* and *remanded* by unpublished opinion per Corbett, J., concurred in by Swanson and Ringold, JJ.